UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:22-cv-01975

FIRST INSURANCE FUNDING, a
Division of Lake Forest Bank & Trust
Company, N.A.,

      Plaintiff,

v.

STONEMARK, INC., a corporation,
And JERRY SMITH, an individual.

      Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Interested Persons Order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

- Plaintiff FIRST INSURANCE FUNDING, a Division of Lake Forest Bank and Trust Company, N.A.;

- Defendant, STONEMARK, INC.;

- Defendant, JERRY SMITH;

- Lake Forest Bank & Trust Company, N.A.;

- Wintrust Financial Corp.;

- The law firm of COZEN O'CONNOR; and

- The law firm of TAFT STETTINIUS & HOLLISTER LLP.

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None.

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Plaintiff FIRST INSURANCE FUNDING, a Division of Lake Forest Bank and Trust Company, N.A.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  September 8, 2022

              Respectfully submitted,

              **COZEN O'CONNOR**

              By:  */s/ Jonathan E. Gale*
              Jonathan E. Gale, Florida Bar No. 106938
              E-mail:  jegale@cozen.com
              200 South Biscayne Blvd., Ste. 3000
              Miami, Florida 33131
              Telephone:  (305) 720-2246

Daniel R. Saeedi (Special Admission Forthcoming)
dsaeedi@taftlaw.com
Kristine M. Kolky
kkolky@taftlaw.com
Bailey J. Whitsitt
bwhitsitt@taftlaw.com
Benjamin S. Morrell
bmorrell@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: 312-527-4000

*Counsel for Plaintiff First Insurance Funding*