IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FIRST INSURANCE FUNDING,
A Division of Lake Forest Bank &
Trust Company, N.A.,

    *Plaintiff*,                               Case No.: 8:22-cv-01975-WFJ-AAS

v.

STONEMARK, INC., a corporation,
and JERRY SMITH, an individual,

    *Defendants*.
_____/

## DEFENDANT STONEMARK, INC.'S REQUEST FOR ORAL ARGUMENT

Defendant, Stonemark, Inc., by and through undersigned counsel, and pursuant to Local Rule 3.01(h), respectfully requests this Court to entertain oral argument on Stonemark, Inc.'s Motion to Dismiss.

Stonemark, Inc. believes that oral argument is appropriate to assist in understanding the issues set forth in the Motion, and respectfully requests 15 minutes for oral argument.

| | |
|---|---|
| Dated: September 19, 2022 | Respectfully submitted,<br><br>**BURSTYN LAW PLLC**<br><br>By: */s/ Sean A. Burstyn*<br>Sean A. Burstyn<br>Florida Bar No. 1028778<br>sean.burstyn@burstynlaw.com<br>1101 Brickell Avenue, Suite S-700<br>Miami, Florida 33131<br>Tel: (305) 204-9808<br><br>Michael Jacobson (Special Admission Forthcoming)<br>Michigan Bar No.<br>mjacobson@jaffelw.com<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br>*LEAD COUNSEL*<br><br>Michael L. Pomeranz (Special Admission Forthcoming)<br>New York Bar No. 5372065<br>mpomeranz@jaffelaw.com<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>Tel: (248) 351-3000<br><br>*Counsel for Defendant Stonemark, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, the foregoing was electronically filed on CM/ECF, which will serve it via electronic mail to counsel of record.

Respectfully submitted,

**BURSTYN LAW PLLC**

By: */s/ Sean A. Burstyn*
Sean A. Burstyn
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
1101 Brickell Avenue,
Suite S-700
Miami, Florida 33131
Tel: (305) 204-9808

*Counsel for Defendant Stonemark, Inc.*