**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FIRST INSURANCE FUNDING,

    Plaintiff,
v.                                                  Case No. 8:22-cv-1975-WFJ-AAS

STONEMARK, INC. and
JERRY SMITH,

    Defendants.
_____/

## **AMENDED ORDER/NOTICE OF HEARING**

The in-person hearing on Plaintiff's motion for a preliminary injunction at docket 17 (originally scheduled for 11/7/2022) is rescheduled due to changes in the Court's calendar. It is **ORDERED** as follows:

    1. The Court will conduct an evidentiary hearing on a preliminary injunction on **Thursday, November 3, 2022, commencing at 8:30 a.m.** in Courtroom 15B, Sam Gibbons United States Courthouse, 801 N Florida Ave, Tampa, Florida 33602. All morning is reserved.

    2. The docketing of this Amended Order/Notice on CM/ECF (electronic docket) will serve as notice to Defendants, each having counsel of record.

**DONE AND ORDERED** at Tampa, Florida on October 13, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

<u>**COPIES FURNISHED TO:**</u>  Counsel of record